UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 10 C 6418 |
| v. | ) | |
| | ) | Judge Kendall |
| MOECHERVILLE WATER DISTRICT, | ) | |
| N.F.P., | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO APPOINT A SPECIAL COMMISSIONER

The United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, on behalf of the U.S. Department of Agriculture, moves to appoint a special commissioner, stating:

1. On May 14, 2012, the court granted the United States' motions for default, entry of judgment, and extension of the receivership.

2. Pursuant to Section 1506 of the Illinois Mortgage Foreclosure Law and 28 U.S.C. Section 2001(a), the United States moves to appoint a Special Commissioner for the purpose of conducting a foreclosure sale via public auction.

3. In the absence of a party recommended by this Court, the United States moves to appoint the Judicial Sales Corporation as Special Commissioner who shall be authorized to conduct a public sale of the subject property and collateral in accordance with the terms of the Judgement of Foreclosure. A draft order is filed herewith.

WHEREFORE, the United States respectfully requests that this Court (i) enter an Order appointing the Judicial Sales Corporation, or other recommended party, as Special Commissioner for the purpose of conducting a foreclosure sale via public auction of the subject

property and collateral in accordance with those terms set forth in the Judgment of Foreclosure entered herein and (ii) grant such further and additional relief as the Court may deem just and proper.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Kurt N. Lindland
    KURT N. LINDLAND
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4163
    kurt.lindland@usdoj.gov