UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 C 6418 |
| | ) | |
| MOECHERVILLE WATER DISTRICT, | ) | Judge Virginia M. Kendall |
| N.F.P., | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR ORDER APPROVING
REPORT OF SALE AND DISTRIBUTION AND POSSESSION

The United States of America, by Gary S. Shapiro, Acting United States Attorney for the Northern District of Illinois, moves this Court for an Order Approving the Special Commissioner's Report of Sale and Distribution and in support thereof states as follows:

1.      This is an action to foreclose a note and mortgage held by the Plaintiff. This Court entered a Judgment of Foreclosure and Sale on May 15, 2012. Pursuant thereto, a Special Commissioner's Sale was held on July 30, 2012. A copy of the Special Commissioner's Report of Sale and Distribution is attached and the Report has attached to it the requisite certificate of publication, receipt of sale and certificate of sale.

2.      Under the applicable procedures of law (735 ILCS 5/15-1508), the Court must review and approve the Report of Sale and Distribution.

3.      The real property that is the subject matter of this proceeding is a water utility consisting of real property, appurtenances thereto and personal property all located at the property commonly known variously as 527 South Kendall, 539 South Farnsworth, 1228 Ziegler Avenue, 1206 Ziegler Avenue, in Aurora, Illinois.

4.      Certificate Holder's Contact Information:

- Grantee or Mortgagee:      AQUA ILLINOIS INC.

- Contact:                        JIM BILOTTA
- Address:                      1000 S. SCHUYLER AVE., KANKAKEE , IL 60191
- Telephone Number:    815-614-2042

WHEREFORE, the Plaintiff requests that this Court enter an Order Approving the Report of Sale and Distribution and enter an Order for Possession in favor of the successful bidder, insurers, investors, and agents of the plaintiff against MOECHERVILLE WATER DISTRICT, N.F.P.

Respectfully submitted,

GARY S. SHAPIRO
Acting United States Attorney

By:    s/ Joseph A. Stewart
        JOSEPH A. STEWART
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 469-6008
        joseph.stewart@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

-v.-

10 C 6418

MOECHERVILLE WATER DISTRICT, N.F.P.

Defendant

## REPORT OF SALE AND DISTRIBUTION

I, the undersigned, an authorized signatory for The Judicial Sales Corporation, Special Commissioner appointed in the matter captioned above, do hereby report that:

That pursuant to a Judgment of Foreclosure and Sale entered herein, the plaintiff advertised the following described real estate to be sold at public auction to the highest bidder for cash on **July 30, 2012**, at the Kane County Courthouse, 100 South Third Street (Third Street Side Entrance), GENEVA, IL, 60134, as set forth in the certificate of publication attached hereto and made a part hereof;

That the property was offered for sale at public auction to the highest bidder on the terms specified in said advertisement;

That AQUA ILLINOIS INC. offered and bid therefor the sum of ($1,400,000.00) and that being the highest and best bid, an agent of The Judicial Sales Corporation accordingly struck off and sold to said bidder the following described real estate:

**Tract 1: Lot 9 of A.P. Moecher's Fourth Addition to the town of Aurora, Kane County, IllinoisTract 2: The northerly 26.4 feet of Lot 9 in A.P. Moecher's First Addition to the Town of Aurora, Kane County, IllinoisTract 3: The easterly 40 feet of the northerly 20 feet of Lot 9 in A.P. Moecher's Fifth Addition to the Town of Aurora, Kane County, IllinoisTract 4: The easterly 45 feet of the northerly 30 feet of Lot 9 in Moecher's Seventh Addition to the Town of Aurora, Kane County, Illinois**

Commonly known as 527 S. KENDALL, 539 S. FARNSWORTH, 1228 ZIEGLER AVE., 1206 ZIEGLER AVE., Aurora, IL 60505 and the personal property attached as Exhibit 4.

Property Index No. 15-26-427-019, Property Index No. 15-26-429-017, Property Index No. 15-26-427-012, Property Index No. 15-26-426-01.

I, the undersigned, an authorized signatory for The Judicial Sales Corporation, Special Commissioner appointed in the matter captioned above, do hereby further report:

That The Judicial Sales Corporation has executed and delivered to said bidder its Receipt(s) of Sale, copies of which are attached hereto, along with a copy of the Certificate of Sale (if any) delivered to said bidder.

That upon confirmation of this sale, The Judicial Sales Corporation will execute and deliver a Deed and bill of sale to said bidder in accordance with said judgment and law.

That the proceeds of said sale will, upon confirmation of the sale, be disbursed as follows:

Report of Sale and Distribution

To the plaintiff:

| | | |
|---|---|---|
| 1. | The amount due under judgment | $3,418,706.39 |
| 2. | Interest thereon (excluding attorney's fees) from date of judgment (05/15/2012) to date of sale (07/30/2012) at 0.33% per annum | $2,349.07 |
| 3. | Publication costs | $ 675.00 |

Subtotal          $3,421,730.46

To the **Special Commissioner**, as commission      $ 400.00

Total Amount Due      $3,422,130.46

Total Proceeds of Sale      $1,400,000.00

Surplus or (Deficiency)      ($2,022,130.46)

Date: July 30, 2012

Respectfully submitted,
The Judicial Sales Corporation

By: _____

THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Moecherville Water District, NFP Physical Inventory Count Sheet

| Sheet No. | 1 | | Date: | January 4, 2012 | |
|---|---|---|---|---|---|
| Performed By | Frank R. Dunmire | | | | |
| Item Description | | Picture Ref. | Quantity | Location | |
| Glass Topped Desks – L Shaped (5' x 5' x 2') | | 001 | 3 | Office | |
| Aurora Paper Shredder | | 002 | 1 | Office | |
| Fellows Paper Shredder | | 003 | 1 | Office | |
| Ativa Paper Shredder | | 004 | 1 | Office | |
| 2-Drawer Lateral File Cabinet | | 005 | 1 | Office | |
| Lenovo SL 500 Laptop Computer | | 006 | 1 | Office | |
| Dell Precision 690 Desktop Computer W/Monitor | | 007/008 | 1 | IRWA Office | |
| HP Compaq Desktop Computer W/Monitor | | 009/010 | 1 | Office | |
| Miscellaneous Office Supplies (Lot) | | 011 | 1 | Office | |
| Sharp Cash Register | | 012 | 1 | Office | |
| Itron Blue Tooth End Point Programmer | | 013 | 1 | Office | |
| Small Wooden File Cabinet | | 014 | 2 | Office | |
| Ranger Pro Metal Detector | | 015/016 | 1 | Office Closet | |
| RCA Cordless Telephone/Answering Machine Combo | | 017 | 1 | Office | |
| HP OfficeJet L7780 All-In-One Printer/Copier/Fax Machine | | 018 | 1 | Office | |
| HotPoint Refrigerator/Freezer | | 019 | 1 | Tower Base | |
| Workbench and Miscellaneous Hand Tools | | 020/021 | 1 | Tower Base | |
| Master Force 12V Lithium Ion Cordless Drill | | 022 | 1 | Office | |
| Milwaukee Cordless Rotary Tool | | 023 | 1 | Office | |
| EXTECH Multi Meter | | 024 | 1 | Office | |
| Itron 200 WP Dual Channel End Points | | 025 | 4 | Office | |
| Canon Power Shot A1000 Digital Camera | | 026 | 1 | Office Closet | |
| Push Mower | | 027 | 1 | Garage | |
| John DeereZ425B Riding Mower (2008?) | | 028 | 1 | Garage | |
| Case 1845 Skid Steer (1988 – 9302 Hours) | | 029 | 1 | Garage | |
| Bobcat 322D Mini-Excavator (2003 – 939.8 Hours) | | 030 | 1 | Garage | |
| Portable Wayne Utility Pump (never used) | | 031 | 1 | Generator Room | |
| 1992 GMC Pickup with Utility Box (247194 Miles) | | 032/033 | 1 | Parking Lot | |
| Signature | | | | | |

# EXHIBIT 4

## Moecherville Water District, NFP Physical Inventory Count Sheet

| Sheet No. | 2 | | Date | January 4, 2012 | |
|---|---|---|---|---|---|
| Performed By | Frank R. Dunmire | | | | |
| **Item Description** | | **Picture Ref.** | **Quantity** | | **Location** |
| Hach Fluoride Test Kit | | 034/037 | 1 | | Treatment Plant |
| Hach Chlorine Test Kit | | 035/037 | 1 | | Treatment Plant |
| LaMotte 1200 Colorimeter | | 036/037 | 1 | | Treatment Plant |
| Fedders Dehumidifier | | 038 | 1 | | Treatment Plant |
| Leather Office Chairs | | 039 | 2 | | Office |
| Lateral File Cabinet (4-Drawer) | | 040 | 1 | | Office Closet |
| Stenner 45MHP2 Fluoride Systolic Chemical Feed Pumps (new) | | 041 | 2 | | Tower Base |
| Stenner 45MHP10 Chlorine Systolic Chemical Feed Pumps | | 042 | 3 | | Tower Base |
| Crate of 4, 6 & 8 inch sleeves | | 043 | 1 | | Tower Base |
| Barrel Dolly | | 044 | 1 | | Tower Base |
| Small 110V  Bilge Pump (dewater meter pits) w/Galv. Tub | | 045 | 1 | | Tower Base |
| Box of 9 Composite Ford Meter Pit Lids | | 046 | 1 | | Tower Base |
| Small Safe | | 047 | 1 | | Office Closet |
| Lexmark T640 B/W Laser Printer | | 048 | 1 | | IRWA Office |
| United Systems & Software, Inc. Billing Software | | NA | 1 | | Dell Desktop |
| Quickbooks Pro 2011 Accounting Software | | NA | 1 | | Dell Desktop |
| Canon Calculator | | 049 | 1 | | Office |
| Ativa Calculator | | 050 | 1 | | Office |
| Brother P-Touch Label Maker | | 051 | 1 | | Office |
| Climbing Safety Belt | | 052 | 1 | | Office Closet |
| 8' Plastic Banquet Table | | 053 | 1 | | Office Closet |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Signature | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
UNITED STATES OF AMERICA
Plaintiff,
-v.-
MOECHERVILLE WATER DISTRICT, N.F.P.
Defendants
10 C 6418
JUDGE VIRGINIA M. KENDALL
NOTICE OF SPECIAL COMMISSIONER'S SALE
PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on May 15, 2012, an agent of The Judicial Sales Corporation, Special Commissioner appointed herein, will at 1:00 PM on July 30, 2012, at the Kane County Courthouse, 100 South Third Street (Third Street Side Entrance) GENEVA, IL, 60134, sell at public auction to the highest bidder, as set forth below, the following described real estate:
Tract 1: Lot 9 of A.P. Moecher's Fourth Addition to Aurora, in the Township of Aurora, Kane County, Illinois.
Commonly known as 527 S. KENDALL, Aurora, IL 60505
Property Index No. 15-26-427-019
Tract 2: The northerly 26.4 feet of Lot 9 in A.P. Moecher's First Addition, in the Township of Aurora, Kane County, Illinois.
Commonly known as 539 S. FARNSWORTH, Aurora, IL 60505
Property Index No. 15-26-429-017
Tract 3: The easterly 40 feet of the northerly 20 feet of Lot 9 in A.P. Moecher's Fifth Addition to the Township of Aurora, Kane County, Illinois.
Commonly known as 1228 ZIEGLER AVE., Aurora, IL 60505
Property Index No. 15-26-427-012
Tract 4: The easterly 45 feet of the northerly 30 feet of Lot 9 in A.P. Moecher's Seventh Addition to the Township of Aurora, Kane County, Illinois
Commonly known as 1206 ZIEGLER AVE., Aurora, IL 60505
Property Index No. 15-26-426-012
The real estate is improved with a 250,000 gallon water tower, water treatment plant, 3 water wells (206 gallons/minute total), an office, underground piping (1,157 LF of 4 inch HDPE pipe, 4,177 LF of 6 inch HDPE pipe, 13,496 LF of 8 inch HDPE pipe), 371 meters with wireless transmitters, 27 fire hydrants, valves, connectors, miscellaneous fittings and pumps. The real estate with improvements comprises an operational water system that currently services approximately 370 customers.
The judgment amount was $3,418,706.39.
Minimum bid price is $981,000
PROPERTY FOR SALE: The Special Commissioner shall offer for sale the real estate described above, with all improvements, fixtures and appurtenances thereto, and all present and future contract rights, accounts receivable and general intangibles arising in connection with the water system (with the exception of the Deposit Account, Account # 731-430, and the Operations Account, Account # 731-422) or so much of which may be divisible and sold separately without material injury to the parties in interest. (a) The Deposit Account (Account # 731-430) is an account that is held for the benefit of the water users and the funds in that account comprise the refundable deposits paid by the users of the water system. The balance in the Deposit Account will be transferred to the highest bidder as part of the sale. (b) The Operations Account (Account # 731-422) is not part of the sale. The United States has a perfected security interest in the Operations Account pursuant to the terms of the Loan Resolution Security Agreement and a UCC Financing Statement that was filed with the Illinois Secretary of State on February 1, 2007, Recording Number 11773613. The balance in the Operations Account will be conveyed to the United States, based on its perfected security interest.
In addition to the real estate and other collateral listed above, various personal property items will be sold. These items will be sold together with the real estate, as there will be no separate sale for the personal property. Interested parties should refer to the court file.
TERMS OF SALE: The property for sale, as described above, shall be sold at public auction to the highest bidder with certified funds; requiring payment not less than ten percent (10%) at the time of sale. (a) If the highest bidder is not required to obtain the approval of the Illinois Commerce Commission ("ICC"), payment of the remaining ninety percent (90%) of the sale price is due within ninety (90) days plus interest at the statutory judgment rate on any unpaid portion of the sale price from the date of sale to the date of payment. (b) If the highest bidder is required to obtain ICC approval, the bidder shall have one hundred twenty (120) days to obtain the approval of the ICC to operate the water system and payment of the remaining ninety percent (90%) of the sale price is due within one hundred twenty (120) days plus interest at the statutory judgment rate on any unpaid portion of the sale price from the date of sale to the date of payment. Upon good cause shown, the bidder may request an extension in order to secure the approval of the ICC. All payments of the amount bid shall be in cash or certified funds payable to the Special Commissioner. If the bidder fails to obtain the approval of ICC within this time period or otherwise fails to comply with these terms of sale, then upon demand by the United States in a notice served on the Special Commissioner and the bidder, the United States will request of the Court that the funds deposited be forfeited to the United States. If the bidder fails to comply with the bid, the Special Commissioner will report the sale to the Court, so that the bid is cancelled, the deposits are forfeited and another sale may be ordered. The Special Commissioner may adjourn or continue the sale subject to notice and advertisement pursuant to the requirements of 735 ILCS 5/15-1507(4)(c).
The United States or any of this cause may become the purchasers at such sale. If the United States is the successful bidder at the sale, the amounts found due the United States herein, plus all costs, advances and fees hereunder after the entry of this Judgment, with interest accrued between the entry of Judgment and sale, shall be taken as a credit on its bid at the sale.
Upon payment in full of the amount bid, the purchaser will receive a Certificate of Sale that will entitle the purchaser to a deed to the real estate after confirmation of the sale. The property will NOT be open for inspection and plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information.
IF YOU ARE THE MORTGAGOR (HOMEOWNER), YOU HAVE THE RIGHT TO REMAIN IN POSSESSION FOR 30 DAYS AFTER ENTRY OF AN ORDER OF POSSESSION, IN ACCORDANCE WITH SECTION 15-1701(C) OF THE ILLINOIS MORTGAGE FORECLOSURE LAW.
For information, contact Plaintiff's attorney: MICHAEL A. WALLACE, U.S. DEPARTMENT OF AGRICULTURE, 2118 W. PARK COURT SUITE A, Champaign, IL 61821, (217) 403-6209.
THE JUDICIAL SALES CORPORATION
One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE
You can also visit The Judicial Sales Corporation at www.tjsc.com for a 7 day status report of pending sales.
MICHAEL A. WALLACE, U.S. DEPARTMENT OF AGRICULTURE
2118 W. PARK COURT SUITE A Champaign, IL 61821
(217) 403-6209
NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
I448806 (4306305)

## CERTIFICATE OF PUBLICATION
### Paddock Publications, Inc.
# Daily Herald

Corporation organized and existing under and by virtue of the laws of the State of Illinois, DOES HEREBY CERTIFY that it is the publisher of the **DAILY HERALD**. That said **DAILY HERALD** is a secular newspaper and has been circulated daily in the Village(s) of Addison, Algonquin, Antioch, Arlington Heights, Barrington, Barrington Hills, Bartlett, Batavia, Bensenville, Bloomingdale, Buffalo Grove,Burlington,Campton Hills,Carol Stream,Carpentersville, Cary, Deer Park, Des Plaines, East Dundee, Elburn, Elk Grove Village, Elgin, Fox Lake, Fox River Grove, Geneva, Gilberts, Glen Ellyn, Glendale Heights, Grayslake, Green Oaks, Gurnee, Hainesville, Hampshire, Hanover Park, Hawthorn Woods,Hoffman Estates,Huntley, Inverness, Island Lake, Itasca, Keeneyville, Kildeer, Lake Barrington, Lake Villa, Lake in the Hills, Lake Zurich, Libertyville, Lincolnshire, Lindenhurst, Lisle, Lombard, Long Grove, Medinah, Mt. Prospect, Mundelein, Naperville, North Aurora, North Barrington, Oakbrook, Oakbrook Terrace,Palatine,Prospect Heights,Rolling Meadows,Roselle, Schaumburg, Sleepy Hollow, South Barrington,South Elgin,St. Charles, Streamwood, Tower Lakes, Vernon Hills, Villa Park,Volo,Warrenville, Wauconda, Wayne, West Chicago, West Dundee, Wheaton, Wheeling, Wildwood, Winfield, Wood Dale
County(ies) of Cook, DuPage, Kane, Lake, McHenry
and State of Illinois, continuously for more than one year prior to the date of the first publication of the notice hereinafter referred to and is of general circulation throughout said Village(s), County(ies) and State.

I further certify that the DAILY HERALD is a newspaper as defined in "an Act to revise the law in relation to notices" as amended in 1992 Illinois Compiled Statutes, Chapter 7150, Act 5, Section 1 and 5. That a notice of which the annexed printed slip is a true copy, was published 06/27/2012, 07/04/2012, 07/11/2012 in said DAILY HERALD.

IN WITNESS WHEREOF, the undersigned, the said PADDOCK PUBLICATIONS, Inc., has caused this certificate to be signed by, this authorized agent, at Arlington Heights, Illinois.

PADDOCK PUBLICATIONS, INC.
DAILY HERALD NEWSPAPERS

BY _Paula Baltz_
Authorized Agent

Control # 4306305

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
UNITED STATES OF AMERICA
Plaintiff,
-v.-
MOECHERVILLE WATER DISTRICT, N.F.P.
Defendants
10 C 6418
JUDGE VIRGINIA M. KENDALL
NOTICE OF SPECIAL COMMISSIONER'S SALE
PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on May 15, 2012, an agent of The Judicial Sales Corporation, Special Commissioner appointed herein, will at 1:00 PM on July 30, 2012, at the Kane County Courthouse, 100 South Third Street (Third Street Side Entrance) GENEVA, IL, 60134, sell at public auction to the highest bidder, as set forth below, the following described real estate:
Tract 1
Commonly known as 527 S. KENDALL, Aurora, IL 60505
Property Index No. 15-26-427-019
Tract 2
Commonly known as 539 S. FARNSWORTH, Aurora, IL 60505
Property Index No. 15-26-429-017
Tract 3
Commonly known as 1228 ZIEGLER AVE., Aurora, IL 60505
Property Index No. 15-26-427-012
Tract 4
Commonly known as 1206 ZIEGLER AVE., Aurora, IL 60505
Property Index No. 15-26-426-012
The real estate is improved with a 250,000 gallon water tower, water treatment plant, 3 water wells (208 gallons/minute total), an office, underground piping (1,157 LF of 4 inch HDPE pipe, 4,177 LF of 6 inch HDPE pipe, 13,496 LF of 8 inch HDPE pipe), 371 meters with wireless transmitters, 27 fire hydrants, valves, connectors, miscellaneous fittings and pumps. The real estate with improvements comprises an operational water system that currently services approximately 370 customers.
The judgment amount was $3,418,706.39.
Minimum bid price is $981,000
PROPERTY FOR SALE: The Special Commissioner shall offer for sale the real estate described above, with all improvements, fixtures and appurtenances thereto, and all present and future contract rights, accounts receivable and general intangibles arising in connection with the water system (with the exception of the Deposit Account, Account # 731-430, and the Operations Account, Account # 731-422) or so much of which may be divisible and sold separately without material injury to the parties in interest. (a) The Deposit Account (Account # 731-430) is an account that is held for the benefit of the water users and the funds in that account comprise the refundable deposits paid by the users of the water system. The balance in the Deposit Account will be transferred to the highest bidder as part of the sale. (b) The Operations Account (Account # 731-422) is not part of the sale. The United States has a perfected security interest in the Operations Account pursuant to the terms of the Loan Resolution Security Agreement and a UCC Financing Statement that was filed with the Illinois Secretary of State on February 1, 2007, Recording Number 11773613. The balance in the Operations Account will be conveyed to the United States, based on its perfected security interest. In addition to the real estate and other collateral listed above, various personal property items will be sold. These items will be sold together with the real estate, as there will be no separate sale for the personal property. Interested parties should refer to the court file.
TERMS OF SALE: The property for sale, as described above, shall be sold at public auction to the highest bidder with certified funds; requiring payment not less than ten percent (10%) at the time of sale. (a) If the highest bidder is not required to obtain the approval of the Illinois Commerce Commission ("ICC"), payment of the remaining ninety percent (90%) of the sale price is due within ninety (90) days plus interest at the statutory judgment rate on any unpaid portion of the sale price from the date of sale to the date of payment. (b) If the highest bidder is required to obtain ICC approval, the bidder shall have one hundred twenty (120) days to obtain the approval of the ICC to operate the water system and payment of the remaining ninety percent (90%) of the sale price is due within one hundred twenty (120) days plus interest at the statutory judgment rate on any unpaid portion of the sale price from the date of sale to the date of payment. Upon good cause shown, the bidder may request an extension in order to secure the approval of the ICC. All payments of the amount bid shall be in cash or certified funds payable to the Special Commissioner. If the bidder fails to obtain the approval of ICC within this time period or otherwise fails to comply with these terms of sale, then upon demand by the United States in a notice served on the Special Commissioner and the bidder, the United States will request of the Court that the funds deposited be forfeited to the United States. If the bidder fails to comply with the bid, the Special Commissioner will report the sale to the Court, so that the bid is cancelled, the deposits are forfeited and another sale may be ordered. The Special Commissioner may adjourn or continue the sale subject to notice and advertisement pursuant to the requirements of 735 ILCS 5/15-1507(4)(c).
The United States or any of the parties to this cause may become the purchasers at such sale. If the United States is the successful bidder at the sale, the amounts found due the United States herein, plus all costs, advances and fees hereunder after the entry of this Judgment, with interest accrued between the entry of Judgment and sale, shall be taken as a credit on its bid at the sale.
Upon payment in full of the amount bid, the purchaser will receive a Certificate of Sale that will entitle the purchaser to a deed to the real estate after confirmation of the sale. The property will NOT be open for inspection and plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information.
IF YOU ARE THE MORTGAGOR (HOMEOWNER), YOU HAVE THE RIGHT TO REMAIN IN POSSESSION FOR 30 DAYS AFTER ENTRY OF AN ORDER OF POSSESSION, IN ACCORDANCE WITH SECTION 15-1701(C) OF THE ILLINOIS MORTGAGE FORECLOSURE LAW.
For information, contact Plaintiff's attorney: MICHAEL A. WALLACE, U.S. DEPARTMENT OF AGRICULTURE, 2118 W. PARK COURT SUITE A, Champaign, IL 61821, (217) 403-6209.
THE JUDICIAL SALES CORPORATION
One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650
(312) 236-SALE
You can also visit The Judicial Sales Corporation at www.tjsc.com for a 7 day status report of pending sales.
MICHAEL A. WALLACE, U.S. DEPARTMENT OF AGRICULTURE
2118 W. PARK COURT SUITE A Champaign, IL 61821
(217) 403-6209
NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
I446806 (4306306)

# CERTIFICATE OF PUBLICATION
## Paddock Publications, Inc.
## Daily Herald

Corporation organized and existing under and by virtue of the laws of the State of Illinois, DOES HEREBY CERTIFY that it is the publisher of the **DAILY HERALD**. That said **DAILY HERALD** is a secular newspaper and has been circulated daily in the Village(s) of Addison, Algonquin, Antioch, Arlington Heights, Barrington, Barrington Hills, Bartlett, Batavia, Bensenville, Bloomingdale, Buffalo Grove,Burlington,Campton Hills,Carol Stream,Carpentersville, Cary, Deer Park, Des Plaines, East Dundee, Elburn, Elk Grove Village, Elgin, Fox Lake, Fox River Grove, Geneva, Gilberts, Glen Ellyn, Glendale Heights, Grayslake, Green Oaks, Gurnee, Hainesville, Hampshire, Hanover Park, Hawthorn Woods,Hoffman Estates,Huntley, Inverness, Island Lake, Itasca, Keeneyville, Kildeer, Lake Barrington, Lake Villa, Lake in the Hills, Lake Zurich, Libertyville, Lincolnshire, Lindenhurst, Lisle, Lombard, Long Grove, Medinah, Mt. Prospect, Mundelein, Naperville, North Aurora, North Barrington, Oakbrook, Oakbrook Terrace,Palatine,Prospect Heights,Rolling Meadows,Roselle, Schaumburg, Sleepy Hollow, South Barrington,South Elgin,St. Charles, Streamwood, Tower Lakes, Vernon Hills, Villa Park,Volo,Warrenville, Wauconda, Wayne, West Chicago, West Dundee, Wheaton, Wheeling, Wildwood, Winfield, Wood Dale
County(ies) of Cook, DuPage, Kane, Lake, McHenry
and State of Illinois, continuously for more than one year prior to the date of the first publication of the notice hereinafter referred to and is of general circulation throughout said Village(s), County(ies) and State.

I further certify that the DAILY HERALD is a newspaper as defined in "an Act to revise the law in relation to notices" as amended in 1992 Illinois Compiled Statutes, Chapter 7150, Act 5, Section 1 and 5. That a notice of which the annexed printed slip is a true copy, was published 06/27/2012, 07/04/2012, 07/11/2012 in said DAILY HERALD.

IN WITNESS WHEREOF, the undersigned, the said PADDOCK PUBLICATIONS, Inc., has caused this certificate to be signed by, this authorized agent, at Arlington Heights, Illinois.

PADDOCK PUBLICATIONS, INC.
DAILY HERALD NEWSPAPERS

BY _____
Authorized Agent

Control # 4306306 *RE*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

-v.-

10 C 6418

MOECHERVILLE WATER DISTRICT, N.F.P.

Defendant

### CERTIFICATE OF SALE

I, the undersigned, an authorized signatory for The Judicial Sales Corporation, Special Commissioner appointed in the matter captioned above, do hereby certify, that pursuant to a Judgment of Foreclosure entered herein, the plaintiff duly advertised in compliance with 735 ILCS 5/15-1507(c), the following described real estate to be sold at public auction to the highest bidder for cash on July 30, 2012, at the Kane County Courthouse, 100 South Third Street (Third Street Side Entrance), GENEVA, IL, 60134.

That the property was offered for sale at public auction to the highest bidder on the terms specified in said advertisement;

Whereupon, AQUA ILLINOIS INC. offered and bid therefor the sum of ($1,400,000.00) and that being the highest and best bid, an agent of The Judicial Sales Corporation accordingly struck off and sold to said bidder the following described real estate:

Tract 1: Lot 9 of A.P. Moecher's Fourth Addition to the town of Aurora, Kane County, IllinoisTract 2: The northerly 26.4 feet of Lot 9 in A.P. Moecher's First Addition to the Town of Aurora, Kane County,

Certificate of Sale

IllinoisTract 3: The easterly 40 feet of the northerly 20 feet of Lot 9 in A.P. Moecher's Fifth Addition to the Town of Aurora, Kane County, IllinoisTract 4: The easterly 45 feet of the northerly 30 feet of Lot 9 in Moocher's Seventh Addition to the Town of Aurora, Kane County, Illinois

Commonly known as 527 S. KENDALL, 539 S. FARNSWORTH, 1228 ZIEGLER AVE., 1206 ZIEGLER AVE., Aurora, IL 60505 and the personal property attached as Exhibit 4.

Property Index No. 15-26-427-019, Property Index No. 15-26-429-017, Property Index No. 15-26-427-012, Property Index No. 15-26-426-01

This Certificate of Sale is issued subject to confirmation of sale at which time the holder of this Certificate of Sale will be entitled to a deed.

Witness my hand and seal, in duplicate, on this 31st day of October, 2012.

The Judicial Sales Corporation

By: _____

THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Moecherville Water District, NFP Physical Inventory Count Sheet

| Sheet No. | 1 | | Date: | January 4, 2012 | |
|---|---|---|---|---|---|
| Performed By | Frank R. Dunmire | | | | |
| **Item Description** | | **Picture Ref.** | **Quantity** | **Location** | |
| Glass Topped Desks – L Shaped (5' x 5' x 2') | | 001 | 3 | Office | |
| Aurora Paper Shredder | | 002 | 1 | Office | |
| Fellows Paper Shredder | | 003 | 1 | Office | |
| Ativa Paper Shredder | | 004 | 1 | Office | |
| 2-Drawer Lateral File Cabinet | | 005 | 1 | Office | |
| Lenovo SL 500 Laptop Computer | | 006 | 1 | Office | |
| Dell Precision 690 Desktop Computer W/Monitor | | 007/008 | 1 | IRWA Office | |
| HP Compaq Desktop Computer W/Monitor | | 009/010 | 1 | Office | |
| Miscellaneous Office Supplies (Lot) | | 011 | 1 | Office | |
| Sharp Cash Register | | 012 | 1 | Office | |
| Itron Blue Tooth End Point Programmer | | 013 | 1 | Office | |
| Small Wooden File Cabinet | | 014 | 2 | Office | |
| Ranger Pro Metal Detector | | 015/016 | 1 | Office Closet | |
| RCA Cordless Telephone/Answering Machine Combo | | 017 | 1 | Office | |
| HP OfficeJet L7780 All-In-One Printer/Copier/Fax Machine | | 018 | 1 | Office | |
| HotPoint Refrigerator/Freezer | | 019 | 1 | Tower Base | |
| Workbench and Miscellaneous Hand Tools | | 020/021 | 1 | Tower Base | |
| Master Force 12V Lithium Ion Cordless Drill | | 022 | 1 | Office | |
| Milwaukee Cordless Rotary Tool | | 023 | 1 | Office | |
| EXTECH Multi Meter | | 024 | 1 | Office | |
| Itron 200 WP Dual Channel End Points | | 025 | 4 | Office | |
| Canon Power Shot A1000 Digital Camera | | 026 | 1 | Office Closet | |
| Push Mower | | 027 | 1 | Garage | |
| John DeereZ425B Riding Mower (2008?) | | 028 | 1 | Garage | |
| Case 1845 Skid Steer (1988 – 9302 Hours) | | 029 | 1 | Garage | |
| Bobcat 322D Mini-Excavator (2003 – 939.8 Hours) | | 030 | 1 | Garage | |
| Portable Wayne Utility Pump (never used) | | 031 | 1 | Generator Room | |
| 1992 GMC Pickup with Utility Box (247194 Miles) | | 032/033 | 1 | Parking Lot | |
| Signature | | | | | |



# EXHIBIT 4

Moecherville Water District, NFP Physical Inventory Count Sheet

| Sheet No. | 2 | | Date | January 4, 2012 |
|---|---|---|---|---|
| Performed By | Frank R. Dunmire | | | |

| Item Description | Picture Ref. | Quantity | Location |
|---|---|---|---|
| Hach Fluoride Test Kit | 034/037 | 1 | Treatment Plant |
| Hach Chlorine Test Kit | 035/037 | 1 | Treatment Plant |
| LaMotte 1200 Colorimeter | 036/037 | 1 | Treatment Plant |
| Fedders Dehumidifier | 038 | 1 | Treatment Plant |
| Leather Office Chairs | 039 | 2 | Office |
| Lateral File Cabinet (4-Drawer) | 040 | 1 | Office Closet |
| Stenner 45MHP2 Fluoride Systolic Chemical Feed Pumps (new) | 041 | 2 | Tower Base |
| Stenner 45MHP10 Chlorine Systolic Chemical Feed Pumps | 042 | 3 | Tower Base |
| Crate of 4, 6 & 8 inch sleeves | 043 | 1 | Tower Base |
| Barrel Dolly | 044 | 1 | Tower Base |
| Small 110V  Bilge Pump (dewater meter pits) w/Galv. Tub | 045 | 1 | Tower Base |
| Box of 9 Composite Ford Meter Pit Lids | 046 | 1 | Tower Base |
| Small Safe | 047 | 1 | Office Closet |
| Lexmark T640 B/W Laser Printer | 048 | 1 | IRWA Office |
| United Systems & Software, Inc. Billing Software | NA | 1 | Dell Desktop |
| Quickbooks Pro 2011 Accounting Software | NA | 1 | Dell Desktop |
| Canon Calculator | 049 | 1 | Office |
| Ativa Calculator | 050 | 1 | Office |
| Brother P-Touch Label Maker | 051 | 1 | Office |
| Climbing Safety Belt | 052 | 1 | Office Closet |
| 8' Plastic Banquet Table | 053 | 1 | Office Closet |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Signature | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

-v.-                                                10 C 6418

MOECHERVILLE WATER DISTRICT, N.F.P.

Defendant

### RECEIPT OF SALE

I, the undersigned, an authorized signatory for The Judicial Sales Corporation, (TJSC) Special Commissioner appointed in the matter captioned above do hereby certify, that pursuant to a Judgment of Foreclosure and Sale entered herein, the plaintiff duly advertised in compliance with 735 ILCS 5/15-1507(c), the following described real estate to be sold at public auction to the highest bidder for cash on July 30, 2012, at the Kane County Courthouse, 100 South Third Street (Third Street Side Entrance), GENEVA, IL 60134.

Whereupon, AQUA ILLINOIS INC. offered and bid therefore the sum of ($1,400,000.00) and that being the highest and best bid, an agent of TJSC accordingly struck off and sold to said bidder the following described real estate:

Tract 1: Lot 9 of A.P. Moecher's Fourth Addition to the town of Aurora, Kane County, IllinoisTract 2: The northerly 26.4 feet of Lot 9 in A.P. Moecher's First Addition to the Town of Aurora, Kane County, IllinoisTract 3: The easterly 40 feet of the northerly 20 feet of Lot 9 in A.P. Moecher's Fifth Addition to the Town of Aurora, Kane County, IllinoisTract 4: The easterly 45 feet of the northerly 30 feet of Lot 9 in Moocher's Seventh Addition to the Town of Aurora, Kane County, Illinois

Commonly known as 527 S. KENDALL, 539 S. FARNSWORTH, 1228 ZIEGLER AVE., 1206 ZIEGLER AVE., Aurora, IL 60505 and the personal property attached as Exhibit 4.

Property Index No. 15-26-427-019, Property Index No. 15-26-429-017, Property Index No. 15-26-427-012, Property Index No. 15-26-426-01.

The Judicial Sales Corporation has this day received as full payment from said bidder in the amount of $1,400,000.00.

Witness my hand and seal, on this 31st day of October, 2012.

The Judicial Sales Corporation

By: _____

Case Number: 10 C 6418

THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor • Chicago, IL 60606-4650
(312) 236-SALE

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Moecherville Water District, NFP Physical Inventory Count Sheet

| Sheet No. | 1 | | Date: | January 4, 2012 | |
|---|---|---|---|---|---|
| Performed By | Frank R. Dunmire | | | | |
| **Item Description** | | **Picture Ref.** | **Quantity** | **Location** | |
| Glass Topped Desks – L Shaped (5' x 5' x 2') | | 001 | 3 | Office | |
| Aurora Paper Shredder | | 002 | 1 | Office | |
| Fellows Paper Shredder | | 003 | 1 | Office | |
| Ativa Paper Shredder | | 004 | 1 | Office | |
| 2-Drawer Lateral File Cabinet | | 005 | 1 | Office | |
| Lenovo SL 500 Laptop Computer | | 006 | 1 | Office | |
| Dell Precision 690 Desktop Computer W/Monitor | | 007/008 | 1 | IRWA Office | |
| HP Compaq Desktop Computer W/Monitor | | 009/010 | 1 | Office | |
| Miscellaneous Office Supplies (Lot) | | 011 | 1 | Office | |
| Sharp Cash Register | | 012 | 1 | Office | |
| Itron Blue Tooth End Point Programmer | | 013 | 1 | Office | |
| Small Wooden File Cabinet | | 014 | 2 | Office | |
| Ranger Pro Metal Detector | | 015/016 | 1 | Office Closet | |
| RCA Cordless Telephone/Answering Machine Combo | | 017 | 1 | Office | |
| HP OfficeJet L7780 All-In-One Printer/Copier/Fax Machine | | 018 | 1 | Office | |
| HotPoint Refrigerator/Freezer | | 019 | 1 | Tower Base | |
| Workbench and Miscellaneous Hand Tools | | 020/021 | 1 | Tower Base | |
| Master Force 12V Lithium Ion Cordless Drill | | 022 | 1 | Office | |
| Milwaukee Cordless Rotary Tool | | 023 | 1 | Office | |
| EXTECH Multi Meter | | 024 | 1 | Office | |
| Itron 200 WP Dual Channel End Points | | 025 | 4 | Office | |
| Canon Power Shot A1000 Digital Camera | | 026 | 1 | Office Closet | |
| Push Mower | | 027 | 1 | Garage | |
| John DeereZ425B Riding Mower (2008?) | | 028 | 1 | Garage | |
| Case 1845 Skid Steer (1988 – 9302 Hours) | | 029 | 1 | Garage | |
| Bobcat 322D Mini-Excavator (2003 – 939.8 Hours) | | 030 | 1 | Garage | |
| Portable Wayne Utility Pump (never used) | | 031 | 1 | Generator Room | |
| 1992 GMC Pickup with Utility Box (247194 Miles) | | 032/033 | 1 | Parking Lot | |
| Signature | | | | | |

# EXHIBIT 4

## Moecherville Water District, NFP Physical Inventory Count Sheet

| Sheet No. | 2 | | Date | January 4, 2012 | |
|---|---|---|---|---|---|
| Performed By | Frank R. Dunmire | | | | |
| **Item Description** | | **Picture Ref.** | **Quantity** | **Location** | |
| Hach Fluoride Test Kit | | 034/037 | 1 | Treatment Plant | |
| Hach Chlorine Test Kit | | 035/037 | 1 | Treatment Plant | |
| LaMotte 1200 Colorimeter | | 036/037 | 1 | Treatment Plant | |
| Fedders Dehumidifier | | 038 | 1 | Treatment Plant | |
| Leather Office Chairs | | 039 | 2 | Office | |
| Lateral File Cabinet (4-Drawer) | | 040 | 1 | Office Closet | |
| Stenner 45MHP2 Fluoride Systolic Chemical Feed Pumps (new) | | 041 | 2 | Tower Base | |
| Stenner 45MHP10 Chlorine Systolic Chemical Feed Pumps | | 042 | 3 | Tower Base | |
| Crate of 4, 6 & 8 inch sleeves | | 043 | 1 | Tower Base | |
| Barrel Dolly | | 044 | 1 | Tower Base | |
| Small 110V Bilge Pump (dewater meter pits) w/Galv. Tub | | 045 | 1 | Tower Base | |
| Box of 9 Composite Ford Meter Pit Lids | | 046 | 1 | Tower Base | |
| Small Safe | | 047 | 1 | Office Closet | |
| Lexmark T640 B/W Laser Printer | | 048 | 1 | IRWA Office | |
| United Systems & Software, Inc. Billing Software | | NA | 1 | Dell Desktop | |
| Quickbooks Pro 2011 Accounting Software | | NA | 1 | Dell Desktop | |
| Canon Calculator | | 049 | 1 | Office | |
| Ativa Calculator | | 050 | 1 | Office | |
| Brother P-Touch Label Maker | | 051 | 1 | Office | |
| Climbing Safety Belt | | 052 | 1 | Office Closet | |
| 8' Plastic Banquet Table | | 053 | 1 | Office Closet | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Signature | | | | | |