UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  10 C 6418 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| MOECHERVILLE WATER DISTRICT, | ) | |
| N.F.P., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause comes to be heard on plaintiff's motion for the entry of an order approving the Report of Sale and Distribution and for possession of the premises (Doc. No. 75).  The property that is the subject matter of this foreclosure proceeding is a water utility consisting of real property, appurtenances thereto and personal property, and it is legally described as:

> Tract 1: Lot 9 of A.P. Moecher's Fourth Addition to the town of Aurora, Kane County, Illinois Tract 2: The northerly 26.4 feet of Lot 9 in A.P. Moecher's First Addition to the Town of Aurora, Kane County, Illinois Tract 3: The easterly 40 feet of the northerly 20 feet of Lot 9 in A.P. Moecher's Fifth Addition to the Town of Aurora, Kane County, Illinois Tract 4: The easterly 45 feet of the northerly 30 feet of Lot 9 in Moocher's Seventh Addition to the Town of Aurora, Kane County, Illinois.

The property is commonly known variously as 527 S. KENDALL, 539 S. FARNSWORTH, 1228 ZIEGLER AVE., 1206 ZIEGLER AVE., Aurora, IL 60505; the property index numbers are: 15-26-427-019; 15-26-429-017; 15-26-427-012; and 15-26-426-012 (the "premises").

Due notice of said motion having been given, having examined said report and being fully advised in the premises, the Court FINDS that:

Page 1 of  3

1. The names of the successful bidder and its agent are:

   **AQUA ILLINOIS INC**.
   Address: 1000 S. Schuyler Ave. Kankakee, IL 60901
   Agent: JIM BILOTTA
   Telephone: 815-614-2042

2. all notices required by 735 ILCS 5/15-1507(c) were given;

3. said sale of the premises was fairly and properly made;

4. the Judicial Sales Corporation, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

5. justice was done.

Accordingly, it is ORDERED that:

A. the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed;

B. the proceeds of the sale shall be distributed in accordance with the Report of Sale and Distribution;

C. plaintiff's fees and costs arising between the entry of the judgment of foreclosure and sale and the date of sale are approved;

D. an *in personam* deficiency judgment is entered in the sum of $2,022,130.46 with interest thereon as by statute provided, against MOECHERVILLE WATER DISTRICT, N.F.P.

E. upon request by the successful bidder, Aqua Illinois, and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder a deed sufficient to convey title to the real estate and a bill of sale sufficient to convey title to all personal property.

F. Upon the Special Commissioner executing and delivering to Aqua Illinois a deed sufficient to convey title to the real estate and a bill of sale sufficient to convey title to all personal property, Aqua Illinois is entitled to and shall have possession of the premises; provided, however, pursuant to the parties' agreement, Aqua Illinois' possession shall not occur prior to **November 20, 2012 at 10 a.m. CST.** At the point in time Aqua Illinois takes possession, the Court's receiver, the Illinois Rural Water Association ("IRWA") shall relinquish possession of the premises.

ENTER:

Virginia M. Kendall
United States District Judge

Date: November 19, 2012